RUSSELL S. HUMPHREY, SBN 208744
343 E. Main Street, Suite 714
Stockton, Ca. 95202
Telephone: (209) 625-8976
Facsimile: (209) 625-8673
Email: rshumphreylaw@yahoo.com

Attorney for PLAINTIFF
Francisca Moralez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ, <br><br> PLAINTIFF, <br><br> v. <br><br> D & K AUTOMOTIVE REPAIR; DOES 1 through 5, inclusive; <br><br> DEFENDANTS. | Case No.   3:17-cv-3792-JCS <br><br> **DISMISSAL** |

    IT IS HEREBY STIPULATED between Plaintiff and each and every Defendant, pursuant to FRCP 41 (a)(ii), that the above captioned civil matter be voluntarily dismissed in its entirety with prejudice.  The parties entered into a settlement agreement that was fully executed by each party.  As such, the parties request the matter be dismissed.

Dated: April 11, 2018

   /s/ *Russell S. Humphrey*
By: RUSSELL S. HUMPRHEY
Attorney for Plaintiff

Van De Poel, Levy, Arneal & Serot, LLP

*/s/ Nicolet Corliss*

By: NICOLET CORLISS
Attorney for Defendant